UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| *In re* Application of BOOZ ALLEN HAMILTON INC., for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding, | 18-mc-124 (PKC)<br><br>ORDER |

Petitioner,

-----------------------------------------------------------x

CASTEL, U.S.D.J.

       This case was opened on April 2, 2018.  (ECF 1).  On April 25, 2018, the parties entered into a stipulation to produce materials and a protective order.  (ECF 12.)  No filings have been made thereafter.  The Clerk of Court is respectfully requested to close the case.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 9, 2024